UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TARAH J. RAMIREZ-COX, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-09-51 |
| § | |
| TEXAS A&M UNIVERSITY-CORPUS § | |
| CHRISTI, § | |
| § | |
| Defendant. § | |

## ORDER

For the reasons set forth below, this Court hereby DISMISSES the above-styled action for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

Plaintiff filed her complaint with the Court on March 16, 2009. (D.E. 1)  The Court scheduled an initial pretrial conference ("IPTC") for April 29, 2009. (D.E. 2.)  On April 23, 2009, Plaintiff moved to continue the IPTC, on the grounds that Plaintiff had not yet served Defendant and had not yet procured local counsel. (D.E. 4.)  This Court denied Plaintiff's motion on April 24, 2009. (D.E. 5.)  Counsel for Plaintiff then failed to appear at the April 29, 2009, IPTC, in violation of this Court's Order for Conference and Disclosure of Interested Parties. (D.E. 2.)

"A district court *sua sponte* may dismiss an action for failure to prosecute or to comply with any court order." Larson v. Scott, 157 F.3d 1030, 1031 (5th Cir. 1998); see also Anthony v. Marion County Gen. Hosp., 617 F.2d 1164, 1167 (5th Cir. 1980) ("Rule 41(b) provides that a case may be dismissed for failure to prosecute … [a district court may] *sua sponte* dismiss an action whenever necessary to achieve the orderly and expeditious disposition of cases.") (internal citations omitted); see also Fed. R. Civ. P. 41(b) ("For failure of the plaintiff to prosecute or to

comply with these rules or any order of the court, a defendant may move for dismissal of an action or of any claim against the defendant.").

For the reasons set forth above, the Court hereby DISMISSES Plaintiff's complaint in its entirety, for failure to prosecute.

SIGNED and ORDERED this 30th day of April, 2009.

_____
Janis Graham Jack
United States District Judge